4 So.3d 787 (2009)
James John IRWIN and Sharlene Diane Irwin, Appellant,
v.
TRADERS COVE HOMEOWNERS ASSOCIATION, INC., Appellee.
No. 5D08-4228.
District Court of Appeal of Florida, Fifth District.
March 17, 2009.
James J. Irwin and Sharlene D. Irwin, Debary, pro se.
Adam C. Herman of Marshall, Dennehey, Warner, Coleman & Goggin, P.A., Orlando, for Appellee.
PER CURIAM.
AFFIRMED. See Fla. R.App. P. 9.315(a).
PALMER, C.J., SAWAYA and MONACO, JJ., concur.